**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **JEMorris Ventures, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   2 6 – 2 0 3 2 4 7 0

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **322 Ranch Rd** | **P.O. 4031** |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | **Buffalo Gap**    **TX**    **79508** | **Abilene**    **TX**    **79608** |
   | City    State    ZIP Code | City    State    ZIP Code |
   | **TAYLOR** | Location of principal assets, if different from principal place of business |
   | County | |
   | | Number    Street |
   | | |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**    _____

6. **Type of debtor**    
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☑ Other. Specify: _____

Debtor **JEMorris Ventures, LLC** _____   Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **JEMorris Ventures, LLC** _____   Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
            District _____ When _____
                                          MM / DD / YYYY
            Case number, if known _____

            Debtor _____ Relationship _____
            District _____ When _____
                                          MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **JEMorris Ventures, LLC**        Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **JEMorris Ventures, LLC** _____  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/07/2024**
MM / DD / YYYY

X **/s/ Joel Morris**
Signature of authorized representative of debtor
**Joel Morris**
Printed name
**Managing Member**
Title

**18. Signature of attorney**

X **/s/ Marilyn D. Garner**          Date **05/07/2024**
Signature of attorney for debtor            MM / DD / YYYY

**Marilyn D. Garner**
Printed name
**Law Office Of Marilyn D. Garner**
Firm name
**2001 E. Lamar Blvd., Suite 200**
Number        Street

**Arlington**                        **TX**        **76006**
City                                 State         ZIP Code

**(817) 505-1499**                   **mgarner@marilyndgarner.net**
Contact phone                        Email address
**07675550**                         **TX**
Bar number                           State

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **JEMorris Ventures, LLC**                                              CASE NO

                                                                                 CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/7/2024                                          Signature  /s/ Joel Morris
                                                                   *Joel Morris*
                                                                   *Managing Member*


Date  _____                            Signature  _____

**Fill in this information to identify the case:**

Debtor name: **JEMorris Ventures, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Income Tax | | 1040 | | | | $550,000.00 |
| 2 | Kelly McCarty<br>1105 Industrial Blvd<br>Abilene, TX 79602 | | Business Credit account | | | | $300,000.00 |
| 3 | Charles L Wolfe<br>201 Mesquite<br>Abilene, TX 79601 | | other | | | | $235,000.00 |
| 4 | SBA Covid Loan<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | | Business Credit account | | | | $61,100.00 |
| 5 | First Financial NA<br>400 Pine St<br>Abilene, TX 79601 | | Car Loan | | $65,899.99 | $15,000.00 | $50,899.99 |

| Debtor | **JEMorris Ventures, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | First Financial Bank<br>400 Pine St<br>Abilene, TX 79601 | | Business Credit account | | | | $15,998.22 |
| 7 | First Financial Bank<br>400 Pine St<br>Abilene, TX 79601 | | Business Credit account | | | | $3,588.57 |
| 8 | Taherzadeh, PLLC<br>15851 N. Dallas Parkway, Ste. 410<br>Addison, TX 75001 | | Business Credit account | | | | $0.00 |
| 9 | Swift Financial LLC -Low Builder<br>Attn Mark Stromberg<br>8350 North Central Expressway, Ste. 1225<br>Dallas, TX 75206 | | Business Credit account | | | | $0.00 |
| 10 | Itrina Ventures, LLC<br>1 Penn Plaza, Ste. 3101<br>New Your, NY 10119 | | Business Credit account | | | | $0.00 |
| 11 | Funbox, Inc.<br>c/o Weltman Weinberg & Reis Co. LPA<br>P.O. Box 93784<br>Cleveland, OH 44101-5784 | | Business Credit account | | | | $0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Case 24-41590-elm11    Doc 1    Filed 05/07/24    Entered 05/07/24 09:04:15    Desc Main
Document    Page 9 of 9
Debtor(s):   JEMorris Ventures, LLC           Case No.
                                              Chapter: 11
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Attorney General of Texas
Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548

Kasowitz Benson Torres, LLP
1415 Louisiana St., Ste. 2100
Houston, TX 77002

Charles L Wolfe
201 Mesquite
Abilene, TX 79601

Kelly McCarty
1105 Industrial Blvd
Abilene, TX 79602

First Financial Bank
400 Pine St
Abilene, TX 79601

Prosperity Bank
5949 Sherry Lane STE 600
Dallas, TX 75225

First Financial Bank NA
400 Pine St
Abilene, TX 79601

SBA Covid Loan
14925 Kingsport Rd
Fort Worth, TX 76155-2243

First Financial NA
400 Pine St
Abilene, TX 79601

Swift Financial LLC -Low Builde
Attn Mark Stromberg
8350 North Central Expressway,
Dallas, TX 75206

Funbox, Inc.
c/o Weltman Weinberg & Reis Co.
P.O. Box 93784
Cleveland, OH 44101-5784

Taherzadeh, PLLC
15851 N. Dallas Parkway, Ste. 4
Addison, TX 75001

Income Tax

Texas Comptroller of Public Acc
PO Box 13528
Austin, TX 78711

Internal Revenue Service
Special Procedures
PO Box 7346
Philadelphia, PA 19101-7346

Texas Employment Commission
TEC-Building Bankruptcy
101 E. 15th St.
Austin, TX 78778

Itrina Ventures, LLC
1 Penn Plaza, Ste. 3101
New Your, NY 10119

US Attorney General
Justice Building, Room 5111
10th & Constitution Avenue NW
Washington, DC 20530

JEMorris Ventures, LLC
P.O. 4031
Abilene, TX 79608

William T. Neary
Office of the U.S. Trustee
1100 Commerce St, Room 976
Dallas, Texas 75242