# JEMorris Ventures LLC

## Balance Sheet
### As of May 13, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       2257 Rental Account | 89.54 |
|       FFIN Construction I | 1.47 |
|       FFIN Construction II | 0.00 |
|       First Capital Bank of Texas | 995.15 |
|       JEMorris FFIN | 4,175.25 |
|       JEMorris FNB | 0.00 |
|       Savings | 0.00 |
|     **Total Bank Accounts** | **$5,261.41** |
|     Accounts Receivable | |
|       Accounts Receivable | 407,855.00 |
|     **Total Accounts Receivable** | **$407,855.00** |
|     Other Current Assets | |
|       103 Addie Way | 0.00 |
|       11.54 Acres Southfork Ranch | 116,931.73 |
|       1626 Ballinger St. | 0.00 |
|       ~~1717 Southridge~~ *OLD SPEC – Sold 2021* | ~~1,367.54~~ |
|       1733 South Ridge Crossing | 120,767.01 |
|       2409 Spyglass | 0.00 |
|       317 Rafter T | 0.30 |
|       322 Ranch Road | 850,000.00 |
|       4342 Bruce | 0.00 |
|       743 Alison's Way | 0.00 |
|       Due To/From HMI Builders | 0.00 |
|       Interbank Transfer | -249,327.64 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$839,738.94** |
|   **Total Current Assets** | **$1,252,855.35** |
|   Fixed Assets | |
|     2257 Industrial Blvd *SOLD 2023* | ~~362,327.62~~ |
|     Accumulated Depreciation | -268,034.75 |
|     Fixed Assets | 289,711.69 |
|   **Total Fixed Assets** | **$384,004.56** |
| **TOTAL ASSETS** | **$1,636,859.91** |

# JEMorris Ventures LLC
## Balance Sheet
### As of May 13, 2024

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
|   Current Liabilities | |
|     Accounts Payable | |
|       Accounts Payable | 5,923.92 |
|     **Total Accounts Payable** | **$5,923.92** |
|     Credit Cards | |
|       American Express | 1,903.92 |
|       GM Card | 0.00 |
|     **Total Credit Cards** | **$1,903.92** |
|     Other Current Liabilities | |
|       Cash Flow Loan | 0.00 |
|       Citizens | 0.00 |
|       Due To/From VPM  *— NO IDEA — Why VPM on JEM BALANCE SHEET* | ~~766,344.28~~ |
|       FNB - 500050512 | 0.00 |
|       FNB - 500050676 | 0.00 |
|       FNB - 500050694 | 0.00 |
|       FNB - 500050725 | 0.00 |
|       Kelly McCarty loan | 281,625.00 |
|       Line of Credit | 0.00 |
|       Loan Proceeds | 0.00 |
|       Payroll Liabilities | 2,242.65 |
|     **Total Other Current Liabilities** | **$1,050,211.93** |
|   **Total Current Liabilities** | **$1,058,039.77** |
|   Long-Term Liabilities | |
|     EIDL | 9,000.00 |
|     FFB 2500226515 | ~~22,983.43~~ *15,998.22* |
|     FFB 2500240342 - 322 Ranch Rd | 506,689.72 |
|     ~~FFB 2500247149 - 2510 S 41st St~~ | ~~496,222.22~~ |
|     FFB 2500249970 - 2017 JD Mower & 2017 Chevy PU Trailer | ~~2,959.42~~ *65,899.99* |
|     ~~FFIN 2500217175~~ *Paid OFF* | 0.00 |
|     FFIN 2500221326 | ~~276,947.49~~ |
|     FFIN 2500222258 | ~~9,003.82~~ *3,588.57* |
|     FNB - 500050232 | 0.00 |
|     FNB - 500050450 South Fork | 0.00 |
|     FNB - 500050685 | 0.00 |
|     FNB - 500050730 | 0.00 |
|     FNB - 500050736 | 0.00 |
|     FNB - 500050814 | 0.00 |
|     FNB - 500050850 | 0.00 |
|     GM Financial | 0.00 |
|     John Deere Financial | 0.00 |

# JEMorris Ventures LLC

## Balance Sheet
### As of May 13, 2024

| | TOTAL |
|---|---|
| ~~N/P - City Bank - 2022 Chevy~~ | ~~34,113.22~~ |
| N/P - First Cap Bnk #6721 | 0.00 |
| N/P - First Cap Bnk #6739 | 399,999.00 |
| N/P - Forward Financing | 0.00 |
| N/P - On Deck Capital | 33,000.00 |
| N/P - PayPal | 74,376.20 |
| ~~N/P 2019 Ford F350~~   *DONT have anymore* | ~~15,824.02~~ |
| **Total Long-Term Liabilities** | **$1,875,199.70** |
| **Total Liabilities** | **$2,933,239.47** |
| Equity | |
| Members Draw | -547,645.05 |
| Members Equity | -702,467.07 |
| Opening Balance Equity | 21,636.64 |
| Net Income | -67,904.08 |
| **Total Equity** | **$ -1,296,379.56** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,636,859.91** |