## JEMorris Ventures LLC

### Statement of Cash Flows
January 1 - May 13, 2024

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
|   Net Income | -67,904.08 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | |
|     Accounts Receivable | 201,825.47 |
|     Interbank Transfer | -8,150.00 |
|     Accounts Payable | 7,704.24 |
|   **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | 201,379.71 |
| **Net cash provided by operating activities** | **$133,475.63** |
| **FINANCING ACTIVITIES** | |
|   N/P - City Bank - 2022 Chevy | -1,804.14 |
| **Net cash provided by financing activities** | **$ -1,804.14** |
| NET CASH INCREASE FOR PERIOD | $131,671.49 |
| Cash at beginning of period | -126,410.08 |
| CASH AT END OF PERIOD | $5,261.41 |