# JEMorris Ventures LLC

## Profit and Loss

January 1 - May 13, 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|   Construction Income | 373,761.94 |
|   Refunds | -11,250.00 |
| **Total Income** | **$362,511.94** |
| **Cost of Goods Sold** | |
|   Construction Materials Costs | 34,204.92 |
|   Day Labor | 10,536.25 |
|   Equipment Rental for Jobs | 6,867.09 |
|   Subcontractors Expense | 33,017.70 |
| **Total Cost of Goods Sold** | **$84,625.96** |
| **GROSS PROFIT** | **$277,885.98** |
| **Expenses** | |
|   Auto and Truck Expenses | 9,943.65 |
|   Bank Service Charges | -23.00 |
|   Computer and Internet Expenses | 617.40 |
|   Credit Card | 542.90 |
|   Insurance Expense | -3,838.75 |
|     General Liability Insurance | 3,754.55 |
|   **Total Insurance Expense** | **-84.20** |
|   landscape Materials | 541.38 |
|   Loan Payment | 6,805.94 |
|   Meals and Entertainment | 346.05 |
|   Miscellaneous Expense | 264,339.52 |
|   Office Supplies | 362.59 |
|   Property Tax | 208.23 |
|   Re-Imbursement | 47,859.97 |
|   Rent Expense | 11,891.61 |
|   Service Fee | 35.00 |
|   Utilities | 2,403.29 |
| **Total Expenses** | **$345,790.33** |
| **NET OPERATING INCOME** | **$ -67,904.35** |
| **Other Income** | |
|   Interest Income | 0.27 |
| **Total Other Income** | **$0.27** |
| **NET OTHER INCOME** | **$0.27** |
| **NET INCOME** | **$ -67,904.08** |