**LAW OFFICE OF MARILYN D. GARNER**
2001 E. Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499
(817) 549-7200 (FAX)
Proposed Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| | § | |
| JEMORRIS VENTURES, LLC. | § | CASE NO. 24-1590-ELM-11-V |
| | § | |
| Debtor | § | |
| | § | |

## SECTION 1188(C) STATUS CONFERENCE REPORT

JEMORRIS VENTURES, LLC, the above-captioned debtor and debtor-in-possession ("Debtor") has elected to file this case under subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code.

1.   <u>Type of Plan of Reorganization</u>. Debtor intends to pursue the following type of plan of reorganization in this case:

Consensual plan that pays (a) secured debt on a monthly basis pursuant to modified or new loan documents; (b) sale of spec house; (c) payment of priority claims; and (d) pro rata payment to unsecured creditors over 60 months.

2.   <u>Reasons for Type of Plan of Reorganization</u>.

Debtor will be able to pay administrative claims on the Effective Date or upon allowance by the Court.

3.   <u>Communications with Parties in Interest</u>. Debtor has or will begin preliminary discussions with the following parties in interest concerning Debtor's plan of reorganization:

_x_____   Secured Creditors

_____   Priority Claimants

_____   Unsecured Creditors

_____   Equity Interest Holders

_____   The Trustee

Others; Describe: _____

2.      General Nature of Communications with Parties in Interest.

Debtor, through counsel, has or will communicate with the Trustee, counsel for the secured creditors, counsel for the largest unsecured creditors and the equity interest holders to discuss framework for consensual plan after the section 341 meeting of creditors has been concluded.  The meeting has been continued to July 17, 2024.

3.      Efforts to Formulate Plan of Reorganization.

Debtor, through counsel, has begun reviewing claims and income projections in order to formulate the framework for a consensual, feasible plan.  Debtor intends to seek modification of existing loan documents, seek new financing, or sell its real property and pay a dividend to unsecured creditors pro rata, over a 60 month period.

4.      Timing for Filing Plan of Reorganization. Does Debtor intend to file a plan of reorganization within the 90-day deadline imposed by § 1189(b) of the Bankruptcy Code?

                    x    Yes                    ____No

5.      Additional Information.

     N/A

Dated: June 20, 2020                    _____
                                        By:  Joel Morris, Managing Member


                                        Respectfully submitted,

                                        /s/Marilyn D. Garner
                                        Marilyn D. Garner, Esq.
                                        SBOT No.  07675550
                                        2001 East Lamar Blvd., Suite 200
                                        Arlington, Texas 76006
                                        (817) 505-1499; (817) 549-7200 (FAX)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing pleading was sent via first class U.S. mail, and/or electronic mail to the parties listed on the attached mailing matrix on June 20, 2024.


*/s/ Marilyn D. Garner*
Marilyn D.  Garner