| JEMorris Ventures LLC | | |
|---|---|---|
| **Proposed Monthly Budget** | | |
| **20-Jun-24** | | |
| | | |
| **Average Income** | $ | 150,000.00 |
| | | |
| **Cost of Goods Sold** | | |
| Materials | $ | 60,000.00 |
| Day Labor | $ | 11,200.00 |
| Sub-Contractors | $ | 30,000.00 |
| Total Cost | $ | 101,200.00 |
| **Gross Profit** | $ | 48,800.00 |
| | | |
| **Operating Expenses** | | |
| Owner / Operator Draws | $ | 22,000.00 |
| Vehicle & Equipment PMTS | $ | 2,750.00 |
| Insurance | $ | 2,100.00 |
| Fuel | $ | 1,600.00 |
| Office Supplies | $ | 200.00 |
| Internet | $ | 110.00 |
| Tool & Equipment Rental | $ | 400.00 |
| Repairs & Maintenance | $ | 400.00 |
| Misc Expenses | $ | 1,500.00 |
| Total Expense | $ | 31,060.00 |
| **NET Income** | $ | 17,740.00 |