Exhibit A

*Question 5 – Our CC processing is thru First Financial

*Question 6 – Extensions were filed for 2023 taxes