| EXHIBIT C |  |
| --- | --- |
| **August 24'** | |
| | |
| **ALL CREDITS** | |
| $ | 17,000.00 |
| $ | 7,800.00 |
| $ | 7,500.00 |
| $ | 5,000.00 |
| $ | 18,500.00 |
| $ | 10,000.00 |
| $ | 120.00 |
| $ | 8,000.00 |
| $ | 9,700.00 |
| $ | 5,000.00 |
| $ | 6,000.00 |
| | |
| $ | 94,620.00 |

**EXHIBIT D**
**Aug 24'**

| Date | PAYEE | PURPOSE | PROJECT | AMOUNT |
|---|---|---|---|---|
| 1-Aug | Jacob Rodriguez | Labor | | $ 1,350.00 |
| 2-Aug | Abilene Enviro Landfill | Job Cost | Ratliff | $ 52.55 |
| 2-Aug | Swift | PMT | | $ 3,000.00 |
| 5-Aug | Rafeal Escobedo | Labor | | $ 945.00 |
| 5-Aug | Rafeal Escobedo | Labor | | $ 1,038.75 |
| 5-Aug | Tereso Rodriguez | Labor | | $ 752.50 |
| 5-Aug | Tereso Rodriguez | Labor | | $ 700.00 |
| 6-Aug | Big Country Stone | Material for Job | Bolton | $ 1,340.66 |
| 6-Aug | Cooper Supply | Tool Rental | Triple B | $ 129.90 |
| 6-Aug | Home Depot | Material for Job | 1733 South Ridge Crossing | $ 26.86 |
| 6-Aug | Ace Hardware | Material for Job | 1733 South Ridge Crossing | $ 38.06 |
| 6-Aug | Swift | PMT | | $ 3,000.00 |
| 6-Aug | Ace Hardware | Material for Job | Ratliff | $ 22.91 |
| 6-Aug | Lowes | Material for Job | Ratliff | $ 35.81 |
| 7-Aug | Ewing | Material for Job | 1733 South Ridge Crossing | $ 1,114.58 |
| 7-Aug | Tereso Rodriguez | Labor | | $ 700.00 |
| 7-Aug | Hydrawise | Subscrition | | $ 66.00 |
| 7-Aug | Ewing | Material for Job | 101 Bell | $ 291.76 |
| 7-Aug | Plastic Wholesale | Material for Job | 101 Bell | $ 36.81 |
| 9-Aug | Nursery Direct | Material for Job | 101 Bell | $ 1,999.30 |
| 12-Aug | A-Town | Misc | | $ 158.39 |
| 12-Aug | Home Depot | Material for Job | 1733 South Ridge Crossing | $ 140.66 |
| 12-Aug | Jacob Rodriguez | Labor | | $ 1,350.00 |
| 12-Aug | Rafeal Escobedo | Labor | | $ 978.00 |
| 12-Aug | Tereso Rodriguez | Labor | | $ 700.00 |
| 12-Aug | David Lopez | Sub | Cole | $ 8,450.00 |
| 12-Aug | Lowes | Material for Job | 101 Bell | $ 89.78 |
| 12-Aug | Lowes | Material for Job | Ratliff | $ 53.09 |
| 12-Aug | Home Depot | Material for Job | 101 Bell | $ 162.05 |
| 12-Aug | Higginbotham | Material for Job | Triple B | $ 210.98 |
| 13-Aug | SCP | Material for Job | Triple B | $ 637.54 |
| 13-Aug | SCP | Material for Job | Triple B | $ 834.91 |
| 13-Aug | Ewing | Material for Job | 101 Bell | $ 1,578.91 |
| 13-Aug | Ewing | Material for Job | 101 Bell | $ 99.94 |
| 13-Aug | BiBerk Ins. | Comm Auto | | $ 1,484.00 |
| 13-Aug | Harbor Frieght | Extension Cords | Shop | $ 205.64 |
| 13-Aug | Lowes | Material for Job | 101 Bell | $ 11.11 |
| 14-Aug | Juan Galvan | Sub | Cole | $ 2,500.00 |
| 14-Aug | Myco | Sub | Kendrivk | $ 8,250.00 |
| 19-Aug | Jacob Rodriguez | Labor | | $ 1,350.00 |

| Date | Payee | Category | Job | | Amount |
|---|---|---|---|---|---|
| 19-Aug | Tereso Rodriguez | Labor | | $ | 700.00 |
| 13-Aug | Taylor County | Trialer Tags | | $ | 181.75 |
| 22-Aug | Office Depot | Office supply | | $ | 32.00 |
| 23-Aug | SCP | Material for Job | Cole | $ | 5,169.67 |
| 23-Aug | Joel Morris | Owner Draw | | $ | 3,750.00 |
| 23-Aug | DBD Enterprise | Shop | | $ | 2,429.67 |
| 26-Aug | Autozone | Auto Expense | | $ | 21.09 |
| 26-Aug | Lowes | Material for Job | 1733 South Ridge Crossing | $ | 158.00 |
| 29-Aug | Jacob Rodriguez | Labor | | $ | 1,350.00 |
| 26-Aug | Rafeal Escobedo | Labor | | $ | 850.00 |
| 26-Aug | Rafeal Escobedo | Fuel | | $ | 215.00 |
| 26-Aug | Rafeal Escobedo | Labor | | $ | 850.00 |
| 26-Aug | Theo | Labor | | $ | 700.00 |
| 26-Aug | Lowes | Material for Job | 101 Bell | $ | 67.00 |
| 26-Aug | Allsups | Drinks & Ice | | $ | 29.21 |
| 27-Aug | Miguels | Dinner - Bailey's | 101 Bell | $ | 138.21 |
| 28-Aug | Frontier | Misc | | $ | 41.99 |
| 28-Aug | Home Depot | Material for Job | 101 Bell | $ | 129.47 |
| 30-Aug | Prestige | Material for Job | Cole | $ | 16,500.00 |
| 30-Aug | Prestige | Material for Job | Cole | $ | 9,920.00 |
| | | | | $ | 89,119.51 |

**EXHIBIT F**
**Aug 24'**

| Customer | Status | AMOUNT |
|---|---|---|
| Ratliff | Complete Oct | $ 29,815.00 |
| Bolton | Start pushed - waiting Flood plain board | $ 265,000.00 |
| Cole | Complete Oct | $ 92,500.00 |
| | | $ 387,315.00 |