

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 3, 2024**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| JEMORRIS VENTURES, LLC | § | CASE NO. 24-41590-ELM-11 |
| | § | |
| | § | |
| Debtor | § | |

### ORDER GRANTING DEBTOR'S MOTION TO RATIFY
### POST-PETITION PAYMENT OF PRE-PETITION DEBTS

CAME ON FOR CONSIDERATION the Motion to Ratify Post-Petition Payment of Pre-Petition Debts filed by Debtor herein on or about July 16, 2024. It appears to the Court that adequate notice of the Motion was provided to all creditors and parties in interest. It further appears that no response or objection to the Motion was filed by any party in interest. It further appears that adequate cause exists to grant the relief requested in the Motion. Upon the foregoing, it is therefore

ORDERED that the Motion to Ratify Post-Petition Payment of Pre-Petition Debtors be and it hereby is GRANTED.

# # # # # END OF ORDER # # # # #

Prepared by:

/s/ Marilyn D. Garner
Law Office of Marilyn D. Garner
Marilyn D. Garner
SBOT 07675550
2001 E.  Lamar Blvd., Suite 200
Arlington, TX 76006
(817) 505-1499 Telephone
(817) 549-7200 Telecopier
Email: mgarner@marilyndgarner.net
**COUNSEL FOR DEBTOR**